Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−11198−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodolfo B. Cid
   4 MSGR Wojtycha Drive
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−1405

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               3/25/21
Time:              08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 16, 2021
JAN: sjp

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rodolfo B. Cid  
    Debtor

Case No. 21-11198-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 3  
Date Rcvd: Feb 16, 2021     Form ID: 132     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodolfo B. Cid, 4 MSGR Wojtycha Drive, Jersey City, NJ 07305-4890 |
| 519113772 | + | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 519113778 | + | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519113782 | + | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 519113784 | + | MOBILOANS, LLC, ATTN: BANKRUPTCY, PO BOX 1409, MARKSVILLE, LA 71351-1409 |
| 519113785 | + | MR. COOPER, ATTN: BANKRUPTCY, PO BOX 619098, DALLAS, TX 75261-9098 |
| 519113786 | + | Pacita Herrero Cid, 4 Msgr Wojtycha Drive, Jersey City, NJ 07305-4890 |
| 519113799 | + | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:51 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519113773 | + | Email/Text: bankruptcy@acacceptance.com | Feb 16 2021 22:09:00 | AMERICAN CREDIT ACCE, ATTN: BANKRUPTCY, 961 E MAIN ST, SPARTANBURG, SC 29302-2185 |
| 519113774 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 16 2021 23:10:25 | BEST EGG, ATTN: BANKRUPTCY, 1523 CONCORD PIKE, STE 201, WILMINGTON, DE 19803-3656 |
| 519113775 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 23:08:14 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519113777 | + | Email/Text: bk.notifications@jpmchase.com | Feb 16 2021 22:08:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 519113778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:12:58 | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519113779 | + | Email/Text: Documentfiling@lciinc.com | Feb 16 2021 22:07:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519113783 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2021 23:07:16 | MERRICK BANK/CARDWORKS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 519113787 | + | Email/Text: bankruptcy@prosper.com | Feb 16 2021 22:10:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |

Case 21-11198-JKS    Doc 8    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: 132 | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519113789 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2021 22:09:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 519113792 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:10:49 | SYNCB/HOME DESIGN, SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519113793 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:49 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113794 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:51 | SYNCB/PLCC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:51 | SYNCB/PPC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113796 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:48 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519113797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:49 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113798 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:51 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113790 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2021 22:10:00 | Seven Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519113952 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519113776 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519113780 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519113781 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519113788 | *+ | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 519113791 | *+ | Seven Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021                           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: 132 | Total Noticed: 28 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Rodolfo B. Cid ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3