Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−11198−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodolfo B. Cid
   4 MSGR Wojtycha Drive
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−1405

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 26, 2021.


Dated: March 26, 2021
JAN: mff

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rodolfo B. Cid  
      Debtor

Case No. 21-11198-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3  
Date Rcvd: Mar 26, 2021        Form ID: plncf13        Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodolfo B. Cid, 4 MSGR Wojtycha Drive, Jersey City, NJ 07305-4890 |
| 519113772 | + | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 519113782 | + | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 519113784 | + | MOBILOANS, LLC, ATTN: BANKRUPTCY, PO BOX 1409, MARKSVILLE, LA 71351-1409 |
| 519113785 | + | MR. COOPER, ATTN: BANKRUPTCY, PO BOX 619098, DALLAS, TX 75261-9098 |
| 519113786 | + | Pacita Herrero Cid, 4 Msgr Wojtycha Drive, Jersey City, NJ 07305-4890 |
| 519113799 | + | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2021 23:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2021 23:29:25 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:04:07 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519113773 | + | Email/Text: bankruptcy@acacceptance.com | Mar 26 2021 23:29:00 | AMERICAN CREDIT ACCE, ATTN: BANKRUPTCY, 961 E MAIN ST, SPARTANBURG, SC 29302-2185 |
| 519113774 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 26 2021 23:56:48 | BEST EGG, ATTN: BANKRUPTCY, 1523 CONCORD PIKE, STE 201, WILMINGTON, DE 19803-3656 |
| 519113775 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 27 2021 00:04:30 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519113777 | + | Email/Text: bk.notifications@jpmchase.com | Mar 26 2021 23:29:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 519113778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 00:05:50 | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519120978 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 23:58:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519113779 | + | Email/Text: Documentfiling@lciinc.com | Mar 26 2021 21:39:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519125350 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2021 00:03:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519113783 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 23:56:34 | MERRICK BANK/CARDWORKS, ATTN: |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 519113787 | + | Email/Text: bankruptcy@prosper.com | Mar 26 2021 23:30:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 519113789 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 26 2021 23:30:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 519142320 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 23:29:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519113792 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:06 | SYNCB/HOME DESIGN, SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519113793 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:04:06 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113794 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 23:57:01 | SYNCB/PLCC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113795 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:08 | SYNCB/PPC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113796 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:11 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519113797 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:08 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113798 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:08 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519113790 | + | Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 23:31:00 | Seven Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519129010 | + | Email/Text: bankruptcy@sccompanies.com | Mar 26 2021 23:31:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519113952 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 23:57:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519113776 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519113780 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519113781 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET ST, STE 200, SAN FRANCISCO, CA 94105-2807 |
| 519113788 | *+ | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 519113791 | *+ | Seven Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 21-11198-JKS    Doc 18    Filed 03/28/21    Entered 03/29/21 00:19:55    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 26, 2021 | Form ID: plncf13 | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon

on behalf of Creditor U.S. Bank National Association as successor to Wachovia Bank, NA, as Trustee for the MASTR ALTERNATIVE LOAN TRUST 2003-7 MORTGAGE PASS-THROUGH CERTIFICATES, Series 2003-7 Trust
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Russell L. Low

on behalf of Debtor Rodolfo B. Cid ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4