UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., STUIE 304
HACKENSACK, NJ 07601
201-343-4040

In Re:

Rodolfo B. Cid

Case No.: _____21-11198_____

Judge: _____JKS_____

Chapter:     13

Recommended Local Form:     ☑ Followed     ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, _____Rodolfo B. Cid_____, upon my oath according to law, hereby certify as follows:

1.      The below information is being supplied for compliance with the Confirmation Hearing date on _____3/25/2021_____ .

2.      The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.      The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any
reason, an updated Certification will be filed with the Court prior to any
subsequent Confirmation hearing date in the event any of the information
contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: ___April 2, 2021_____        ___/s/ Rodolfo B. Cid_____
                                        Signature of Debtor

DATED: _____          _____
                                        Signature of Joint Debtor

new.5/23/06;jml