RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  RODOLFO B. CID
    4 MSGR WOJTYCHA DRIVE
    JERSEY CITY,  NJ  07305

Atty:  RUSSELL L LOW ESQ
    LOW & LOW ESQS
    505 MAIN STREET, SUITE 304
    HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-11198

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,320.00**

## RECEIPTS AS OF 01/13/2023          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/04/2021 | $272.00 | 3730319 | 04/02/2021 | $271.00 | 26984276087 |
| 04/02/2021 | $1.00 | CASH | 05/11/2021 | $272.00 | 27309803951 |
| 05/27/2021 | $272.00 | 7697160000 | 06/30/2021 | $272.00 | 7774088000 |
| 08/02/2021 | $272.00 | 7849348000 | 08/31/2021 | $272.00 | 7914864000 |
| 10/01/2021 | $272.00 | 7981273000 | 11/12/2021 | $272.00 | 8076116000 |
| 12/02/2021 | $272.00 | 8120977000 | 01/03/2022 | $272.00 | 8183523000 |
| 02/10/2022 | $272.00 | 8267550000 | 03/02/2022 | $272.00 | 8310259000 |
| 04/04/2022 | $272.00 | 8377157000 | 05/02/2022 | $272.00 | 8439505000 |
| 06/06/2022 | $272.00 | 8514100000 | 07/05/2022 | $272.00 | 8569831000 |
| 08/03/2022 | $272.00 | 8628650000 | 09/06/2022 | $272.00 | 8689506000 |
| 10/04/2022 | $272.00 | 8747261000 | 12/05/2022 | $272.00 | 8862422000 |
| 01/03/2023 | $272.00 | 8916782000 | | | |

**Total Receipts: $5,984.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,984.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $9.17 | 892,674 | | 06/20/2022 | $7.52 | 892,674 |
| | 07/18/2022 | $21.67 | 894,396 | | 07/18/2022 | $17.78 | 894,396 |
| | 08/15/2022 | $21.68 | 895,970 | | 08/15/2022 | $17.78 | 895,970 |
| | 09/19/2022 | $21.68 | 897,567 | | 09/19/2022 | $17.78 | 897,567 |
| | 10/17/2022 | $21.67 | 899,234 | | 10/17/2022 | $17.78 | 899,234 |
| | 11/14/2022 | $21.22 | 900,810 | | 11/14/2022 | $17.41 | 900,810 |
| | 01/09/2023 | $21.23 | 903,848 | | 01/09/2023 | $17.41 | 903,848 |

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MERRICK BANK | | | | | | | |
| | 06/20/2022 | $11.41 | 893,016 | | 07/18/2022 | $26.97 | 894,691 |
| | 08/15/2022 | $26.97 | 896,275 | | 09/19/2022 | $26.97 | 897,894 |
| | 10/17/2022 | $26.97 | 899,539 | | 11/14/2022 | $26.41 | 901,107 |
| | 01/09/2023 | $26.42 | 904,151 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/20/2022 | $6.53 | 8,002,892 | | 07/18/2022 | $15.44 | 8,002,950 |
| | 07/18/2022 | $11.00 | 8,002,950 | | 07/18/2022 | $7.64 | 8,002,950 |
| | 08/15/2022 | $7.73 | 8,002,997 | | 08/15/2022 | $15.43 | 8,002,997 |
| | 08/15/2022 | $5.36 | 8,002,997 | | 09/19/2022 | $5.37 | 8,003,048 |
| | 09/19/2022 | $15.44 | 8,003,048 | | 09/19/2022 | $7.73 | 8,003,048 |
| | 10/17/2022 | $15.44 | 8,003,103 | | 10/17/2022 | $7.72 | 8,003,103 |
| | 10/17/2022 | $5.36 | 8,003,103 | | 11/14/2022 | $15.12 | 8,003,148 |
| | 11/14/2022 | $5.26 | 8,003,148 | | 11/14/2022 | $7.57 | 8,003,148 |
| | 01/09/2023 | $5.25 | 8,003,257 | | 01/09/2023 | $15.11 | 8,003,257 |
| | 01/09/2023 | $7.57 | 8,003,257 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/20/2022 | $22.81 | 892,475 | | 06/20/2022 | $32.58 | 892,475 |
| | 07/18/2022 | $77.01 | 894,214 | | 07/18/2022 | $53.92 | 894,214 |
| | 08/15/2022 | $77.00 | 895,775 | | 08/15/2022 | $53.91 | 895,775 |
| | 09/19/2022 | $77.01 | 897,371 | | 09/19/2022 | $53.92 | 897,371 |
| | 10/17/2022 | $77.02 | 899,036 | | 10/17/2022 | $53.92 | 899,036 |
| | 11/14/2022 | $75.41 | 900,609 | | 11/14/2022 | $52.79 | 900,609 |
| | 01/09/2023 | $75.42 | 903,663 | | 01/09/2023 | $52.80 | 903,663 |
| SEVENTH AVENUE | | | | | | | |
| | 09/19/2022 | $5.76 | 898,143 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 06/20/2022 | $13.26 | 892,147 | | 07/18/2022 | $31.35 | 893,908 |
| | 08/15/2022 | $31.34 | 895,474 | | 09/19/2022 | $31.35 | 897,046 |
| | 10/17/2022 | $31.35 | 898,744 | | 11/14/2022 | $30.69 | 900,317 |
| | 01/09/2023 | $30.70 | 903,392 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 07/18/2022 | $5.08 | 894,092 | | 09/19/2022 | $7.14 | 897,242 |
| | 11/14/2022 | $7.08 | 900,485 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 301.91 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/PHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN CREDIT ACCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BEST EGG | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,942.62 | * | 138.32 | |
| 0005 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 728.57 | * | 34.24 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 10,455.04 | * | 491.45 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.79 | * | 98.51 | |
| 0009 | MERRICK BANK | UNSECURED | 3,661.65 | * | 172.12 | |
| 0010 | MOBILOANS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 7,319.84 | * | 344.07 | |
| 0014 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | SYNCB/HOME DESIGN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,049.13 | * | 49.32 | |

**Chapter 13 Case # 21-11198**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | SYNCHRONY BANK | UNSECURED | 4,255.59 | * | 200.04 | |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SEVEN AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,413.71 | * | 113.46 | |
| 0028 | SEVENTH AVENUE | UNSECURED | 228.32 | * | 5.76 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 484.86 | * | 19.30 | |

**Total Paid:  $5,718.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $5,984.00          -     Paid to Claims: $1,666.59     -     Admin Costs Paid: $4,051.91   =   Funds on Hand: $265.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.