August 14, 2023

United States Bankruptcy Court
District of New Jersey
Newark Vicinage

RECEIVED
JEANNE A. NAUGHTON, CLERK
AUG 17 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Re: Chapter 13, Case No. 21-11198JKS

Dear Sir/Madam:

My Name is RODOLFO B. CID, received a notice of Motion to Dismiss Petition regarding my Chapter 13 case.

I am sending this letter to apologize for the delinquent payment that I missed. For this reason I would like to make a payment in the amount of $816.00 as soon as possible to make my account current.

I can pay it thru my T F S account or any payment you may recommend.

Hoping for your kind consideration. Thank you.

Respectfully yours,

[signature]

RODOLFO B. CID
Debtor


Cc:

Judge: John K. Sherwood
US Bankcruptcy Court
Office of the Clerk
50 Walnut, Third Floor, Newark NJ 07102

Marie-Ann Greenberg
Chapter 13 Standing Trustee 30 Two Bridges Road
Suite 330, Fairfield NJ 07004-1550
    c/o Keith Guarneri
        Paralegal

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE:<br>RODOLFO B. CID | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.: 21-11198JKS<br><br>HEARING DATE: 9/14/2023 at 10:00 am |
| RUSSELL L LOW ESQ<br>LOW & LOW ESQS<br>505 MAIN STREET, SUITE 304<br>HACKENSACK, NJ 07601 | ORAL ARGUMENT REQUESTED |

RODOLFO B. CID
4 MSGR WOJTYCHA DRIVE
JERSEY CITY, NJ 07305

## NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Order, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 09/14/2023, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

> US Bankruptcy Court
> Office of the Clerk
> 50 Walnut Street, Third Floor
> Newark, NJ 07102
> **and**
> Marie-Ann Greenberg
> Chapter 13 Standing Trustee
> 30 Two Bridges Road
> Suite 330
> Fairfield, NJ 07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 09/14/2023 at 10:00 am in the courtroom of Honorable Judge JOHN K. SHERWOOD, at US Bankruptcy Court, 50 Walnut Street, Third Floor, D, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee

Dated: August 09, 2023         By:  /S/Marie-Ann Greenberg
                                    Marie-Ann Greenberg, Esquire

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Chapter 13 Case No.:  21-11198 |
| IN RE:<br><br>    RODOLFO B. CID | HEARING DATE: 09/14/2023<br><br>Judge: JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

1

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

RODOLFO B. CID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13 Case No.: 21-11198JKS

CERTIFICATION IN SUPPORT OF MOTION

I, Keith Guarneri, being of full age certify that:

- I am a paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.
- The debtor(s), as of the date of this certification are delinquent a total of 816.00.
- For the reasons set forth above, the Trustee recommends the case be dismissed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: August 09, 2023

By: /S/ Keith Guarneri
Keith Guarneri

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.: 21-11198 |
| IN RE:<br><br>RODOLFO B. CID | Adv. No.:<br><br>Hearing Date: 09/14/2023<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/09/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RODOLFO B. CID
4 MSGR WOJTYCHA DRIVE
JERSEY CITY, NJ 07305
Mode of Service: Regular Mail

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601
Mode of Service: ECF and/or Regular Mail

Dated: August 09, 2023

By: /S/ Keith Guarneri
Keith Guarneri

Case No.: 21-11198

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 09/14/2023, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.



Rodolfo Cid
4 Msgr Wojtycha Dr
Jersey City, NJ 07305-4890

Honorable Judge John K. Sherwood
U.S. Bankruptcy Court
Office of the Clerk
50 Walnut Street
Third Floor, Newark, NJ 07102