RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   RODOLFO B. CID
    4 MSGR WOJTYCHA DRIVE
    JERSEY CITY,  NJ  07305

Atty:   RUSSELL L LOW ESQ
    LOW & LOW ESQS
    505 MAIN STREET, SUITE 304
    HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 21-11198

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,320.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/04/2021 | $272.00 | 3730319 | 04/02/2021 | $271.00 | 26984276087 |
| 04/02/2021 | $1.00 | CASH | 05/11/2021 | $272.00 | 27309803951 |
| 05/27/2021 | $272.00 | 7697160000 | 06/30/2021 | $272.00 | 7774088000 |
| 08/02/2021 | $272.00 | 7849348000 | 08/31/2021 | $272.00 | 7914864000 |
| 10/01/2021 | $272.00 | 7981273000 | 11/12/2021 | $272.00 | 8076116000 |
| 12/02/2021 | $272.00 | 8120977000 | 01/03/2022 | $272.00 | 8183523000 |
| 02/10/2022 | $272.00 | 8267550000 | 03/02/2022 | $272.00 | 8310259000 |
| 04/04/2022 | $272.00 | 8377157000 | 05/02/2022 | $272.00 | 8439505000 |
| 06/06/2022 | $272.00 | 8514100000 | 07/05/2022 | $272.00 | 8569831000 |
| 08/03/2022 | $272.00 | 8628650000 | 09/06/2022 | $272.00 | 8689506000 |
| 10/04/2022 | $272.00 | 8747261000 | 12/05/2022 | $272.00 | 8862422000 |
| 01/03/2023 | $272.00 | 8916782000 | 02/03/2023 | $272.00 | 8976648000 |
| 03/06/2023 | $272.00 | 9035647000 | 04/04/2023 | $272.00 | 9092348000 |
| 05/03/2023 | $272.00 | 9147782000 | 07/12/2023 | $272.00 | |
| 08/11/2023 | $272.00 | | 08/28/2023 | $544.00 | |
| 09/11/2023 | $272.00 | | 10/10/2023 | $272.00 | |
| 11/08/2023 | $272.00 | | 12/08/2023 | $272.00 | |

**Total Receipts:  $9,248.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,248.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $9.17 | 892,674 | | 06/20/2022 | $7.52 | 892,674 |
| | 07/18/2022 | $21.67 | 894,396 | | 07/18/2022 | $17.78 | 894,396 |
| | 08/15/2022 | $21.68 | 895,970 | | 08/15/2022 | $17.78 | 895,970 |
| | 09/19/2022 | $21.68 | 897,567 | | 09/19/2022 | $17.78 | 897,567 |
| | 10/17/2022 | $21.67 | 899,234 | | 10/17/2022 | $17.78 | 899,234 |

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/14/2022 | $21.22 | 900,810 | | 11/14/2022 | $17.41 | 900,810 |
| | 01/09/2023 | $21.23 | 903,848 | | 01/09/2023 | $17.41 | 903,848 |
| | 02/13/2023 | $21.22 | 905,378 | | 02/13/2023 | $17.41 | 905,378 |
| | 03/13/2023 | $21.23 | 906,991 | | 03/13/2023 | $17.41 | 906,991 |
| | 04/17/2023 | $21.22 | 908,577 | | 04/17/2023 | $17.41 | 908,577 |
| | 05/15/2023 | $21.24 | 910,198 | | 05/15/2023 | $17.40 | 910,198 |
| | 06/12/2023 | $21.00 | 911,662 | | 06/12/2023 | $17.24 | 911,662 |
| | 07/17/2023 | $20.99 | 913,183 | | 07/17/2023 | $17.22 | 913,183 |
| | 08/14/2023 | $21.01 | 914,701 | | 08/14/2023 | $17.23 | 914,701 |
| | 09/18/2023 | $63.00 | 916,197 | | 09/18/2023 | $51.68 | 916,197 |
| **MERRICK BANK** | | | | | | | |
| | 06/20/2022 | $11.41 | 893,016 | | 07/18/2022 | $26.97 | 894,691 |
| | 08/15/2022 | $26.97 | 896,275 | | 09/19/2022 | $26.97 | 897,894 |
| | 10/17/2022 | $26.97 | 899,539 | | 11/14/2022 | $26.41 | 901,107 |
| | 01/09/2023 | $26.42 | 904,151 | | 02/13/2023 | $26.41 | 905,692 |
| | 03/13/2023 | $26.41 | 907,296 | | 04/17/2023 | $26.41 | 908,910 |
| | 05/15/2023 | $26.42 | 910,490 | | 06/12/2023 | $26.13 | 911,969 |
| | 07/17/2023 | $26.12 | 913,493 | | 08/14/2023 | $26.14 | 915,011 |
| | 09/18/2023 | $78.40 | 916,509 | | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 06/20/2022 | $6.53 | 8,002,892 | | 07/18/2022 | $15.44 | 8,002,950 |
| | 07/18/2022 | $11.00 | 8,002,950 | | 07/18/2022 | $7.64 | 8,002,950 |
| | 08/15/2022 | $7.73 | 8,002,997 | | 08/15/2022 | $15.43 | 8,002,997 |
| | 08/15/2022 | $5.36 | 8,002,997 | | 09/19/2022 | $5.37 | 8,003,048 |
| | 09/19/2022 | $15.44 | 8,003,048 | | 09/19/2022 | $7.73 | 8,003,048 |
| | 10/17/2022 | $15.44 | 8,003,103 | | 10/17/2022 | $7.72 | 8,003,103 |
| | 10/17/2022 | $5.36 | 8,003,103 | | 11/14/2022 | $15.12 | 8,003,148 |
| | 11/14/2022 | $5.26 | 8,003,148 | | 11/14/2022 | $7.57 | 8,003,148 |
| | 01/09/2023 | $5.25 | 8,003,257 | | 01/09/2023 | $7.57 | 8,003,257 |
| | 01/09/2023 | $15.11 | 8,003,257 | | 02/13/2023 | $15.13 | 8,003,309 |
| | 02/13/2023 | $5.26 | 8,003,309 | | 02/13/2023 | $7.57 | 8,003,309 |
| | 03/13/2023 | $5.26 | 8,003,367 | | 03/13/2023 | $7.56 | 8,003,367 |
| | 03/13/2023 | $15.10 | 8,003,367 | | 04/17/2023 | $15.13 | 8,003,414 |
| | 04/17/2023 | $7.57 | 8,003,414 | | 04/17/2023 | $5.25 | 8,003,414 |
| | 05/15/2023 | $5.26 | 8,003,472 | | 05/15/2023 | $7.56 | 8,003,472 |
| | 05/15/2023 | $15.11 | 8,003,472 | | 06/12/2023 | $14.96 | 8,003,529 |
| | 06/12/2023 | $7.50 | 8,003,529 | | 06/12/2023 | $5.20 | 8,003,529 |
| | 07/17/2023 | $7.48 | 8,003,582 | | 07/17/2023 | $5.20 | 8,003,582 |
| | 07/17/2023 | $14.96 | 8,003,582 | | 08/14/2023 | $14.95 | 8,003,637 |
| | 08/14/2023 | $5.19 | 8,003,637 | | 08/14/2023 | $7.49 | 8,003,637 |
| | 09/18/2023 | $15.60 | 8,003,690 | | 09/18/2023 | $22.46 | 8,003,690 |
| | 09/18/2023 | $44.88 | 8,003,690 | | | | |
| **QUANTUM3 GROUP LLC** | | | | | | | |
| | 06/20/2022 | $22.81 | 892,475 | | 06/20/2022 | $32.58 | 892,475 |
| | 07/18/2022 | $77.01 | 894,214 | | 07/18/2022 | $53.92 | 894,214 |
| | 08/15/2022 | $77.00 | 895,775 | | 08/15/2022 | $53.91 | 895,775 |
| | 09/19/2022 | $77.01 | 897,371 | | 09/19/2022 | $53.92 | 897,371 |
| | 10/17/2022 | $77.02 | 899,036 | | 10/17/2022 | $53.92 | 899,036 |
| | 11/14/2022 | $75.41 | 900,609 | | 11/14/2022 | $52.79 | 900,609 |
| | 01/09/2023 | $75.42 | 903,663 | | 01/09/2023 | $52.80 | 903,663 |
| | 02/13/2023 | $75.41 | 905,169 | | 02/13/2023 | $52.79 | 905,169 |
| | 03/13/2023 | $75.42 | 906,788 | | 03/13/2023 | $52.81 | 906,788 |
| | 04/17/2023 | $75.41 | 8,003,428 | | 04/17/2023 | $52.80 | 8,003,428 |
| | 05/15/2023 | $75.38 | 8,003,479 | | 05/15/2023 | $52.81 | 8,003,479 |
| | 06/12/2023 | $74.61 | 8,003,537 | | 06/12/2023 | $52.24 | 8,003,537 |
| | 07/17/2023 | $74.68 | 8,003,594 | | 07/17/2023 | $52.22 | 8,003,594 |
| | 08/14/2023 | $74.59 | 8,003,649 | | 08/14/2023 | $52.25 | 8,003,649 |
| | 09/18/2023 | $223.84 | 8,003,703 | | 09/18/2023 | $156.72 | 8,003,703 |

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SEVENTH AVENUE | | | | | | | |
| | 09/19/2022 | $5.76 | 898,143 | | 02/13/2023 | $6.62 | 905,947 |
| | 06/12/2023 | $6.57 | 912,204 | | 09/18/2023 | $8.14 | 916,739 |
| SYNCHRONY BANK | | | | | | | |
| | 06/20/2022 | $13.26 | 892,147 | | 07/18/2022 | $31.35 | 893,908 |
| | 08/15/2022 | $31.34 | 895,474 | | 09/19/2022 | $31.35 | 897,046 |
| | 10/17/2022 | $31.35 | 898,744 | | 11/14/2022 | $30.69 | 900,317 |
| | 01/09/2023 | $30.70 | 903,392 | | 02/13/2023 | $30.69 | 904,895 |
| | 03/13/2023 | $30.70 | 906,524 | | 04/17/2023 | $30.69 | 908,078 |
| | 05/15/2023 | $30.71 | 909,749 | | 06/12/2023 | $30.37 | 911,200 |
| | 07/17/2023 | $30.36 | 912,725 | | 08/14/2023 | $30.38 | 914,250 |
| | 09/18/2023 | $121.47 | 916,944 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 07/18/2022 | $5.08 | 894,092 | | 09/19/2022 | $7.14 | 897,242 |
| | 11/14/2022 | $7.08 | 900,485 | | 02/13/2023 | $6.99 | 905,053 |
| | 04/17/2023 | $6.99 | 908,233 | | 06/12/2023 | $6.96 | 911,334 |
| | 08/14/2023 | $6.93 | 914,370 | | 09/18/2023 | $10.37 | 915,865 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 539.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,500.73 | 49.27 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/PHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN CREDIT ACCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BEST EGG | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,942.62 | * | 349.23 | |
| 0005 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 728.57 | * | 86.46 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 10,455.04 | * | 1,240.79 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.79 | * | 248.73 | |
| 0009 | MERRICK BANK | UNSECURED | 3,661.65 | * | 434.56 | |
| 0010 | MOBILOANS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 7,319.84 | * | 868.71 | |
| 0014 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | SYNCB/HOME DESIGN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,049.13 | * | 124.51 | |
| 0018 | SYNCHRONY BANK | UNSECURED | 4,255.59 | * | 505.05 | |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SEVEN AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,413.71 | * | 286.46 | |
| 0028 | SEVENTH AVENUE | UNSECURED | 228.32 | * | 27.09 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 484.86 | * | 57.54 | |

**Total Paid:  $9,269.76**

See Summary

**Chapter 13 Case # 21-11198**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $9,248.00        -     Paid to Claims: $4,229.13      -      Admin Costs Paid: $5,040.63    =    Funds on Hand: $250.24

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.