RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601


Re:   RODOLFO B. CID              Atty:   RUSSELL L LOW ESQ
      4 MSGR WOJTYCHA DRIVE               LOW & LOW ESQS
      JERSEY CITY,  NJ  07305             505 MAIN STREET, SUITE 304
                                         HACKENSACK, NJ  07601


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 21-11198**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,320.00**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 03/04/2021 | $272.00 | 3730319 | 04/02/2021 | $271.00 | 26984276087 |
| 04/02/2021 | $1.00 | CASH | 05/11/2021 | $272.00 | 27309803951 |
| 05/27/2021 | $272.00 | 7697160000 | 06/30/2021 | $272.00 | 7774088000 |
| 08/02/2021 | $272.00 | 7849348000 | 08/31/2021 | $272.00 | 7914864000 |
| 10/01/2021 | $272.00 | 7981273000 | 11/12/2021 | $272.00 | 8076116000 |
| 12/02/2021 | $272.00 | 8120977000 | 01/03/2022 | $272.00 | 8183523000 |
| 02/10/2022 | $272.00 | 8267550000 | 03/02/2022 | $272.00 | 8310259000 |
| 04/04/2022 | $272.00 | 8377157000 | 05/02/2022 | $272.00 | 8439505000 |
| 06/06/2022 | $272.00 | 8514100000 | 07/05/2022 | $272.00 | 8569831000 |
| 08/03/2022 | $272.00 | 8628650000 | 09/06/2022 | $272.00 | 8689506000 |
| 10/04/2022 | $272.00 | 8747261000 | 12/05/2022 | $272.00 | 8862422000 |
| 01/03/2023 | $272.00 | 8916782000 | 02/03/2023 | $272.00 | 8976648000 |
| 03/06/2023 | $272.00 | 9035647000 | 04/04/2023 | $272.00 | 9092348000 |
| 05/03/2023 | $272.00 | 9147782000 | 07/12/2023 | $272.00 | |
| 08/11/2023 | $272.00 | | 08/28/2023 | $544.00 | |
| 09/11/2023 | $272.00 | | 10/10/2023 | $272.00 | |
| 11/08/2023 | $272.00 | | 12/08/2023 | $272.00 | |
| 01/09/2024 | $272.00 | | 02/08/2024 | $272.00 | |
| 03/08/2024 | $272.00 | | 04/08/2024 | $272.00 | |
| 05/08/2024 | $272.00 | | 06/10/2024 | $272.00 | |
| 07/09/2024 | $272.00 | | 08/08/2024 | $272.00 | |
| 09/10/2024 | $272.00 | | 10/08/2024 | $272.00 | |
| 11/08/2024 | $272.00 | | 12/09/2024 | $272.00 | |

**Total Receipts:  $12,512.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,512.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $9.17 | 892,674 | | 06/20/2022 | $7.52 | 892,674 |
| | 07/18/2022 | $21.67 | 894,396 | | 07/18/2022 | $17.78 | 894,396 |
| | 08/15/2022 | $21.68 | 895,970 | | 08/15/2022 | $17.78 | 895,970 |
| | 09/19/2022 | $21.68 | 897,567 | | 09/19/2022 | $17.78 | 897,567 |
| | 10/17/2022 | $21.67 | 899,234 | | 10/17/2022 | $17.78 | 899,234 |
| | 11/14/2022 | $21.22 | 900,810 | | 11/14/2022 | $17.41 | 900,810 |
| | 01/09/2023 | $21.23 | 903,848 | | 01/09/2023 | $17.41 | 903,848 |
| | 02/13/2023 | $21.22 | 905,378 | | 02/13/2023 | $17.41 | 905,378 |
| | 03/13/2023 | $21.23 | 906,991 | | 03/13/2023 | $17.41 | 906,991 |
| | 04/17/2023 | $21.22 | 908,577 | | 04/17/2023 | $17.41 | 908,577 |
| | 05/15/2023 | $21.24 | 910,198 | | 05/15/2023 | $17.40 | 910,198 |
| | 06/12/2023 | $21.00 | 911,662 | | 06/12/2023 | $17.24 | 911,662 |
| | 07/17/2023 | $20.99 | 913,183 | | 07/17/2023 | $17.22 | 913,183 |
| | 08/14/2023 | $21.01 | 914,701 | | 08/14/2023 | $17.23 | 914,701 |
| | 09/18/2023 | $63.00 | 916,197 | | 09/18/2023 | $51.68 | 916,197 |
| | 02/12/2024 | $37.26 | 923,271 | | 02/12/2024 | $30.56 | 923,271 |
| | 03/11/2024 | $20.66 | 924,721 | | 03/11/2024 | $16.95 | 924,721 |
| | 04/15/2024 | $20.66 | 926,160 | | 04/15/2024 | $16.95 | 926,160 |
| | 05/10/2024 | $20.68 | 927,631 | | 05/10/2024 | $16.94 | 927,631 |
| | 06/17/2024 | $20.66 | 929,034 | | 06/17/2024 | $16.95 | 929,034 |
| | 07/15/2024 | $21.34 | 930,518 | | 07/15/2024 | $17.50 | 930,518 |
| | 08/19/2024 | $21.34 | 931,933 | | 08/19/2024 | $17.50 | 931,933 |
| | 09/16/2024 | $21.33 | 933,393 | | 09/16/2024 | $17.51 | 933,393 |
| | 10/21/2024 | $21.10 | 934,795 | | 10/21/2024 | $17.33 | 934,795 |
| | 11/18/2024 | $21.11 | 936,275 | | 11/18/2024 | $17.32 | 936,275 |
| | 12/16/2024 | $21.12 | 937,662 | | 12/16/2024 | $17.30 | 937,662 |
| MERRICK BANK | | | | | | | |
| | 06/20/2022 | $11.41 | 893,016 | | 07/18/2022 | $26.97 | 894,691 |
| | 08/15/2022 | $26.97 | 896,275 | | 09/19/2022 | $26.97 | 897,894 |
| | 10/17/2022 | $26.97 | 899,539 | | 11/14/2022 | $26.41 | 901,107 |
| | 01/09/2023 | $26.42 | 904,151 | | 02/13/2023 | $26.41 | 905,692 |
| | 03/13/2023 | $26.41 | 907,296 | | 04/17/2023 | $26.41 | 908,910 |
| | 05/15/2023 | $26.42 | 910,490 | | 06/12/2023 | $26.13 | 911,969 |
| | 07/17/2023 | $26.12 | 913,493 | | 08/14/2023 | $26.14 | 915,011 |
| | 09/18/2023 | $78.40 | 916,509 | | 02/12/2024 | $46.36 | 923,586 |
| | 03/11/2024 | $25.71 | 925,021 | | 04/15/2024 | $25.72 | 926,480 |
| | 05/10/2024 | $25.70 | 927,914 | | 06/17/2024 | $25.72 | 929,363 |
| | 07/15/2024 | $26.55 | 930,797 | | 08/19/2024 | $26.55 | 932,248 |
| | 09/16/2024 | $26.57 | 933,672 | | 10/21/2024 | $26.25 | 935,111 |
| | 11/18/2024 | $26.29 | 936,564 | | 12/16/2024 | $26.27 | 937,958 |

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/20/2022 | $6.53 | 8,002,892 | | 07/18/2022 | $15.44 | 8,002,950 |
| | 07/18/2022 | $11.00 | 8,002,950 | | 07/18/2022 | $7.64 | 8,002,950 |
| | 08/15/2022 | $7.73 | 8,002,997 | | 08/15/2022 | $15.43 | 8,002,997 |
| | 08/15/2022 | $5.36 | 8,002,997 | | 09/19/2022 | $5.37 | 8,003,048 |
| | 09/19/2022 | $15.44 | 8,003,048 | | 09/19/2022 | $7.73 | 8,003,048 |
| | 10/17/2022 | $15.44 | 8,003,103 | | 10/17/2022 | $7.72 | 8,003,103 |
| | 10/17/2022 | $5.36 | 8,003,103 | | 11/14/2022 | $15.12 | 8,003,148 |
| | 11/14/2022 | $5.26 | 8,003,148 | | 11/14/2022 | $7.57 | 8,003,148 |
| | 01/09/2023 | $5.25 | 8,003,257 | | 01/09/2023 | $7.57 | 8,003,257 |
| | 01/09/2023 | $15.11 | 8,003,257 | | 02/13/2023 | $15.13 | 8,003,309 |
| | 02/13/2023 | $5.26 | 8,003,309 | | 02/13/2023 | $7.57 | 8,003,309 |
| | 03/13/2023 | $5.26 | 8,003,367 | | 03/13/2023 | $7.56 | 8,003,367 |
| | 03/13/2023 | $15.10 | 8,003,367 | | 04/17/2023 | $15.13 | 8,003,414 |
| | 04/17/2023 | $7.57 | 8,003,414 | | 04/17/2023 | $5.25 | 8,003,414 |
| | 05/15/2023 | $5.26 | 8,003,472 | | 05/15/2023 | $7.56 | 8,003,472 |
| | 05/15/2023 | $15.11 | 8,003,472 | | 06/12/2023 | $14.96 | 8,003,529 |
| | 06/12/2023 | $7.50 | 8,003,529 | | 06/12/2023 | $5.20 | 8,003,529 |
| | 07/17/2023 | $7.48 | 8,003,582 | | 07/17/2023 | $5.20 | 8,003,582 |
| | 07/17/2023 | $14.96 | 8,003,582 | | 08/14/2023 | $14.95 | 8,003,637 |
| | 08/14/2023 | $5.19 | 8,003,637 | | 08/14/2023 | $7.49 | 8,003,637 |
| | 09/18/2023 | $15.60 | 8,003,690 | | 09/18/2023 | $44.88 | 8,003,690 |
| | 09/18/2023 | $22.46 | 8,003,690 | | 02/12/2024 | $26.54 | 8,003,947 |
| | 02/12/2024 | $9.23 | 8,003,947 | | 02/12/2024 | $13.28 | 8,003,947 |
| | 03/11/2024 | $5.12 | 8,003,991 | | 03/11/2024 | $14.72 | 8,003,991 |
| | 03/11/2024 | $7.37 | 8,003,991 | | 04/15/2024 | $5.11 | 8,004,035 |
| | 04/15/2024 | $14.70 | 8,004,035 | | 04/15/2024 | $7.37 | 8,004,035 |
| | 05/10/2024 | $7.36 | 8,004,082 | | 05/10/2024 | $14.73 | 8,004,082 |
| | 05/10/2024 | $5.12 | 8,004,082 | | 06/17/2024 | $5.11 | 8,004,126 |
| | 06/17/2024 | $14.71 | 8,004,126 | | 06/17/2024 | $7.37 | 8,004,126 |
| | 07/15/2024 | $15.20 | 8,004,169 | | 07/15/2024 | $7.61 | 8,004,169 |
| | 07/15/2024 | $5.29 | 8,004,169 | | 08/19/2024 | $15.20 | 8,004,210 |
| | 08/19/2024 | $5.28 | 8,004,210 | | 08/19/2024 | $7.61 | 8,004,210 |
| | 09/16/2024 | $5.29 | 8,004,251 | | 09/16/2024 | $7.61 | 8,004,251 |
| | 09/16/2024 | $15.19 | 8,004,251 | | 10/21/2024 | $15.05 | 8,004,295 |
| | 10/21/2024 | $5.22 | 8,004,295 | | 10/21/2024 | $7.52 | 8,004,295 |
| | 11/18/2024 | $7.53 | 8,004,336 | | 11/18/2024 | $15.04 | 8,004,336 |
| | 11/18/2024 | $5.23 | 8,004,336 | | 12/16/2024 | $7.53 | 8,004,376 |
| | 12/16/2024 | $5.22 | 8,004,376 | | 12/16/2024 | $15.02 | 8,004,376 |

**Chapter 13 Case # 21-11198**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/20/2022 | $22.81 | 892,475 | | 06/20/2022 | $32.58 | 892,475 |
| | 07/18/2022 | $77.01 | 894,214 | | 07/18/2022 | $53.92 | 894,214 |
| | 08/15/2022 | $77.00 | 895,775 | | 08/15/2022 | $53.91 | 895,775 |
| | 09/19/2022 | $77.01 | 897,371 | | 09/19/2022 | $53.92 | 897,371 |
| | 10/17/2022 | $77.02 | 899,036 | | 10/17/2022 | $53.92 | 899,036 |
| | 11/14/2022 | $75.41 | 900,609 | | 11/14/2022 | $52.79 | 900,609 |
| | 01/09/2023 | $75.42 | 903,663 | | 01/09/2023 | $52.80 | 903,663 |
| | 02/13/2023 | $75.41 | 905,169 | | 02/13/2023 | $52.79 | 905,169 |
| | 03/13/2023 | $75.42 | 906,788 | | 03/13/2023 | $52.81 | 906,788 |
| | 04/17/2023 | $75.41 | 8,003,428 | | 04/17/2023 | $52.80 | 8,003,428 |
| | 05/15/2023 | $75.38 | 8,003,479 | | 05/15/2023 | $52.81 | 8,003,479 |
| | 06/12/2023 | $74.61 | 8,003,537 | | 06/12/2023 | $52.24 | 8,003,537 |
| | 07/17/2023 | $74.68 | 8,003,594 | | 07/17/2023 | $52.22 | 8,003,594 |
| | 08/14/2023 | $74.59 | 8,003,649 | | 08/14/2023 | $52.25 | 8,003,649 |
| | 09/18/2023 | $223.84 | 8,003,703 | | 09/18/2023 | $156.72 | 8,003,703 |
| | 02/12/2024 | $92.68 | 8,003,964 | | 02/12/2024 | $132.38 | 8,003,964 |
| | 03/11/2024 | $73.42 | 8,004,011 | | 03/11/2024 | $51.40 | 8,004,011 |
| | 04/15/2024 | $73.41 | 8,004,053 | | 04/15/2024 | $51.41 | 8,004,053 |
| | 05/10/2024 | $73.45 | 8,004,098 | | 05/10/2024 | $51.38 | 8,004,098 |
| | 06/17/2024 | $73.39 | 8,004,140 | | 06/17/2024 | $51.42 | 8,004,140 |
| | 07/15/2024 | $75.82 | 8,004,183 | | 07/15/2024 | $53.08 | 8,004,183 |
| | 08/19/2024 | $75.81 | 8,004,220 | | 08/19/2024 | $53.08 | 8,004,220 |
| | 09/16/2024 | $75.82 | 8,004,259 | | 09/16/2024 | $53.08 | 8,004,259 |
| | 10/21/2024 | $75.02 | 8,004,299 | | 10/21/2024 | $52.52 | 8,004,299 |
| | 11/18/2024 | $75.01 | 8,004,342 | | 11/18/2024 | $52.51 | 8,004,342 |
| | 12/16/2024 | $75.01 | 8,004,390 | | 12/16/2024 | $52.52 | 8,004,390 |
| SEVENTH AVENUE | | | | | | | |
| | 09/19/2022 | $5.76 | 898,143 | | 02/13/2023 | $6.62 | 905,947 |
| | 06/12/2023 | $6.57 | 912,204 | | 09/18/2023 | $8.14 | 916,739 |
| | 04/15/2024 | $6.10 | 926,707 | | 08/19/2024 | $6.53 | 932,468 |
| | 12/16/2024 | $6.57 | 938,167 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 06/20/2022 | $13.26 | 892,147 | | 07/18/2022 | $31.35 | 893,908 |
| | 08/15/2022 | $31.34 | 895,474 | | 09/19/2022 | $31.35 | 897,046 |
| | 10/17/2022 | $31.35 | 898,744 | | 11/14/2022 | $30.69 | 900,317 |
| | 01/09/2023 | $30.70 | 903,392 | | 02/13/2023 | $30.69 | 904,895 |
| | 03/13/2023 | $30.70 | 906,524 | | 04/17/2023 | $30.69 | 908,078 |
| | 05/15/2023 | $30.71 | 909,749 | | 06/12/2023 | $30.37 | 911,200 |
| | 07/17/2023 | $30.36 | 912,725 | | 08/14/2023 | $30.38 | 914,250 |
| | 09/18/2023 | $121.47 | 916,944 | | 02/12/2024 | $53.88 | 923,121 |
| | 03/11/2024 | $29.88 | 924,584 | | 04/15/2024 | $29.89 | 926,001 |
| | 05/10/2024 | $29.87 | 927,492 | | 06/17/2024 | $29.89 | 928,877 |
| | 07/15/2024 | $30.86 | 930,360 | | 08/19/2024 | $30.86 | 931,755 |
| | 09/16/2024 | $30.86 | 933,233 | | 10/21/2024 | $30.54 | 934,603 |
| | 11/18/2024 | $30.53 | 936,081 | | 12/16/2024 | $30.54 | 937,459 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 07/18/2022 | $5.08 | 894,092 | | 09/19/2022 | $7.14 | 897,242 |
| | 11/14/2022 | $7.08 | 900,485 | | 02/13/2023 | $6.99 | 905,053 |
| | 04/17/2023 | $6.99 | 908,233 | | 06/12/2023 | $6.96 | 911,334 |
| | 08/14/2023 | $6.93 | 914,370 | | 09/18/2023 | $10.37 | 915,865 |
| | 02/12/2024 | $6.14 | 922,943 | | 04/15/2024 | $6.81 | 925,824 |
| | 06/17/2024 | $6.81 | 928,688 | | 08/19/2024 | $7.04 | 931,589 |
| | 10/21/2024 | $6.99 | 934,432 | | 12/16/2024 | $6.96 | 937,304 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 754.77 | TBD |

**Chapter 13 Case # 21-11198**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/PHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN CREDIT ACCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BEST EGG | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,942.62 | * | 617.61 | |
| 0005 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 728.57 | * | 152.91 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 10,455.04 | * | 2,194.34 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,095.79 | * | 439.87 | |
| 0009 | MERRICK BANK | UNSECURED | 3,661.65 | * | 768.52 | |
| 0010 | MOBILOANS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 7,319.84 | * | 1,536.31 | |
| 0014 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | SYNCB/HOME DESIGN | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,049.13 | * | 220.19 | |
| 0018 | SYNCHRONY BANK | UNSECURED | 4,255.59 | * | 893.18 | |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SEVEN AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,413.71 | * | 506.60 | |
| 0028 | SEVENTH AVENUE | UNSECURED | 228.32 | * | 46.29 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 484.86 | * | 98.29 | |

**Total Paid:  $12,778.88**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $12,512.00         -     Paid to Claims: $7,474.11         -     Admin Costs Paid: $5,304.77   =   Funds on Hand: $5.12

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.