**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RODOLFO B. CID** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **21-11198** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   QUICKEN LOANS INC

**Court claim no.**  (if known):
7

**Last 4 digits** of any number you use to identify the debtor's account      5   2   1   3

**Property Address:**          4 MSGR WOJTYCHA DRIVE
JERSEY CITY, NJ  07305

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

| **Part 4:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ 0.00

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.
     subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     (d)  $ _____ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Marie-Ann Greenberg                           Date   04/08/2026
  Signature

Trustee        Marie-Ann Greenberg

Address        30 TWO BRIDGES ROAD
               SUITE 330
               FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840          Email   mag@magtrustee.com

Form 410C13-N                **Trustee's Notice of Disbursements Made**                Page 1

| Debtor 1 | **RODOLFO B. CID** | Case number *(if known)* **21-11198** |
|---|---|---|
| | Name | |

## History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

| Debtor 1 | **RODOLFO B. CID** | Case number *(if known)* **21-11198** |
|---|---|---|
| | Name | |

21-11198

---

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

RODOLFO B. CID
4 MSGR WOJTYCHA DRIVE
JERSEY CITY, NJ  07305


QUICKEN LOANS INC
635 WOODWARD AVE
DETROIT, MI  48226

KML LAW GROUP
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA  19106


QUICKEN LOANS
ATTN: BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT, MI  48226

---

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601


Date:      April 08, 2026

/s/ Charles DArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550